

FILED
14-0776
8/3/2015 5:26:46 PM
tex-6338107
SUPREME COURT OF TEXAS
BLAKE A. HAWTHORNE, CLERK

# IN THE SUPREME COURT OF TEXAS

## Oral Argument Submission Form

Cause No. **14-0776**

Style: Michael Williams, Commissioner of Education, In His Official Capacity, et al.

v. The Texas Taxpayer & Student Fairness Coalition, et al.

Notice of setting for oral submission by the Supreme Court of Texas, as numbered and styled above, is herewith acknowledged and of the submission date for oral argument on:

Date Of Oral Argument: 09/01/2015

9:00a.m.

Oral argument on behalf of: ☑ Petitioner ☐ Relator ☐ Other

☑ Respondent ☐ Real Party In Interest

Oral Argument Will Be Presented By:

Mark Trachtenberg

(Please print your name above as you wish it to appear on the Court's Submission Schedule)

Firm Name: Haynes and Boone, LLP

Full Address: 1221 McKinney, Suite 2100, Houston, Texas 77010-2007

Telephone No. 713-547-2528

Counsel For: Calhoun County I.S.D., et al.

PLEASE NOTE: All attorneys must file this submission form through the eFileTexas.gov electronic filing system.
Petitioner/Relator/Appellant is assessed an additional $75.00 fee for the oral submission of the petition. This fee is due and payable prior to the submission of this cause in oral argument before the Court.